UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                :

DONNA JONES, Individually and on behalf of all other  :
persons similarly situated,                         :            26-CV-00507 (JAV)

                                :

              Plaintiff,           :               ORDER

                                :

        -v-                           :

                                :

MAMAJUANA CAFE PRIME LLC, et al.,      :

                                :

            Defendants.         :
-------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

On **January 28, 2026**, Defendants were served with the Complaint, and proof of service was filed with the Court. *See* ECF Nos. 6-8. To date, Defendants have failed to appear in this action. No later than **March 26, 2026**, Plaintiff shall submit a letter addressing whether Plaintiff has had any contact with Defendants or if she has any other reason to believe that Defendants have actual notice of this lawsuit.

Plaintiff shall serve a copy of this Order electronically and/or by first-class mail on Defendants **within two business days from the date of this Order** and shall file proof of such service **within three business days of the date of this Order**.

SO ORDERED.

Dated: March 20, 2026
      New York, New York                     JEANNETTE A. VARGAS
                                     United States District Judge